# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| LARRY D. CATES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No.: 3:20-CV-271-RLJ-HBG |
| CHIEF STEVENS, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Respondent's motion to dismiss the instant petition for a writ of habeas corpus [Doc. 10] is **GRANTED**, and the petition is **DISMISSED WITH PREJUDICE** as moot. A certificate of appealability from this decision is **DENIED**.

Further, the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, and therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT